NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOFFMANN-LA ROCHE INC.,**
*Plaintiff-Appellant,*

**v.**

**ROXANE LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2012-1132

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-6335, Judge Esther Salas.

---

## ON MOTION

---

## ORDER

Hoffmann-La Roche Inc. moves to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All pending motions are moot.

(3) Each side shall bear its own costs.

FOR THE COURT

MAY 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Brian D. Coggio, Esq.
    Kenneth G. Schuler, Esq.

s25

Issued as Mandate: **MAY 2 1 2012**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK